En el Tribunal Supremo de Puerto Rico

| Ricardo Rodríguez Perales y/o Lourdes Guerridos Rivera  Demandante-Peticionario  .V  Junta de Directores del Condominio Monte Sur  Demandados-Recurridos | Certiorari  TSPR-98-5 |
|---|---|

Número del Caso: CC-97-642

Abogados Parte Demandante: Lic. María  Perales Rodríguez

Abogados Parte Demandada: Lic. Domingo Collazo Sánchez

Abogados Parte Interventora: Lic. María L. Jiménez Colón
Lic. Pedro J. Saade Lloréns
Lic. Efrén Rivera Ramos

Tribunal de Instancia: Departamento de Asuntos del Consumidor

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 1/30/1998

Materia: Propiedad Horizontal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


RICARDO RODRIGUEZ PERALES
Y/O LOURDES GUERRIDOS RIVERA
    Demandantes-Peticionarios

       vs.

JUNTA DE DIRECTORES DEL           CC-97-642       CERTIORARI
CONDOMINIO MONTE SUR
    Demandados-Recurridos

MILAGROS MEDINA GOYCO Y OTROS
    Interventores-Recurridos


RESOLUCION


San Juan, Puerto Rico, a 30 de enero de 1998.



     No obstante lo altamente inusitado del trámite realizado por el Tribunal de Circuito de Apelaciones de celebrar una inspección ocular en un caso de revisión administrativa (etapa apelativa), que además contribuyó a demorar los procedimientos, se deniega el recurso de certiorari ante nos.

     Estimamos implícito en el dictamen referido del foro apelativo que el Departamento de Asuntos del Consumidor examinará con prioridad el mandato que le ha sido devuelto.

     Publíquese.

     Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Rebollo López no intervinieron.



                 Isabel Llompart Zeno
              Secretaria Tribunal Supremo